JACK SIEGEL and LOUIS SIEGEL, Copartners, etc., and MASTER CLOTHES, Respondents, v. MANDEL BROS., Appellant.— Judgment affirmed, with costs. No

opinion. Order filed. Present — Finch, P. J., Merrell, Townley and Untermyer, JJ.

